**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-81156-RLR

LAWRENCE FELTZIN,

Plaintiff,

v.

SEAGRAPE SQUARE, LLC,

Defendant.

_____________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, LAWRENCE FELTZIN, and Defendant, SEAGRAPE SQUARE, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this January 14, 2025.

*/s/ __Ramon J. Diego __*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 553-3464
Primary Email: rdiego@lawgmp.com
Secondary Email: ramon@rjdiegolaw.com
*Co-Counsel for Plaintiff*

*_/s/ _Steven Myer Appelbaum_*
STEVEN MYER APPELBAUM
Florida Bar No. 71399
**SAUL EWING LLP**
515 North Flagler Drive, Suite 1400
West Palm Beach, Florida 33401
Telephone: (305) 428-4500
E-Mail: steven.appelbaum@saul.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 14, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Co-Counsel for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 553-3464
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_*Ramon J. Diego*________
RAMON J. DIEGO